UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHACHATUR DISHCHYAN,<br><br>Defendant. | No. CR10-311TSZ<br><br><br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States, docket no. 578, for leave to dismiss all pending charges in this matter as to fugitive Defendant Khachatur Dishchyan.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case are dismissed, without prejudice.

The outstanding warrant shall be quashed.

DATED this 16th day of March, 2018.

*signature*

Thomas S. Zilly
United States District Judge

*Order of Dismissal* -- 1
*U.S. v. Khachatur Dishchyan, CR10-311TSZ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

*Order of Dismissal* -- 2
*U.S. v. Khachatur Dishchyan, CR10-311TSZ*